DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLAVIO B. SOUZA-CAMPOS,**
Appellant,

v.

**ANALAY SOUZA-CAMPOS,**
Appellee.

No. 4D20-2635

[November 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. 18-14915 FMCE (38).

Cynthia J. Dienstag of Cynthia J. Dienstag, P.A., Fort Lauderdale, for appellant.

Lane Weinbaum of Weinbaum P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, ARTAU, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***